# INTERIM ASSET AND NO ASSET REPORT

Page: 1

Trustee:   IAN J. GAZES, TRUSTEE (SDNY)                                   Blanket Bond Amount:   $ 123,449,000.00
For Period Ending:   02/04/15                                              Per Case Limit:        $ 123,449,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Case Number | Case Name | Date Filed (f) or Converted (c) to Chapter 7 | Total Funds on Deposit or Invested (From Form 2) | Amount of Separate Bond (if any) | Gross Value of Remaining Assets (From Form 1- Excludes Unknown Values) | Date of Disposition by*: Final Report ( TFR ) Final Account ( TDR ) Report of No Distribution ( NDR ) Conversion ( C ) Dismissal ( D ) Reassignment ( R ) *If TFR not filed, insert estimated (e) TFR Date |
| 08-15125 SMB | MARK ROSS & CO., INC. | 12/22/08 (f) | 995,177.61 | | 0.00 | 02/28/16 TFR (e) |
| | The Debtor's principal was previously designated but his whereabouts is unknown. The estate, which placed life insurance, recently realized premium payments of $950,000 thereby creating a substantial estate. The Trustee is now endeavoring to locate the Debtor as no schedules were ever filed in compliance with the Court's designation order. | | | | | |

**Report Totals**   Number of Cases:   1                                    995,177.61                       0.00

I certify that I have filed and reviewed Forms 1 and 2 for all cases listed above where required
and that they are accurate and correct to the best of my knowledge.

                /s/    IAN J. GAZES, TRUSTEE (SDNY)
Trustee's Signature: _____  Date: 02/04/15
                IAN J. GAZES, TRUSTEE (SDNY)

LFORM3                                                                                                        Ver: 18.04